FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT G. H., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:18-cv-00229-SMJ <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court, without oral argument, is Magistrate Judge Dimke's June 14, 2019 Report and Recommendation, ECF No. 16, recommending that summary judgment be granted in Plaintiff's favor. The period for filing objections has passed and no party has objected. After reviewing the Report and Recommendation and relevant authorities, the Court finds that Magistrate Judge Dimke's proposed findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 16**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is

ORDER ADOPTING REPORT AND RECOMMENDATION **-** 1

**GRANTED**.

3. The Commissioner's Motion for Summary Judgment, **ECF No. 14**, is **DENIED**.

4. The Clerk's Office is directed to enter **JUDGMENT** in favor of Plaintiff **REVERSING AND REMANDING** this matter to the Commissioner for further proceedings consistent with this Order pursuant to sentence four of 42 U.S.C. § 405(g).

    *A.* The ALJ shall specifically weigh Dr. Baker's opinion and as needed, allow Plaintiff the opportunity to testify at a new hearing and submit any additional relevant medical evidence; take additional testimony from another medical expert; reconsider the medical and lay witness evidence; and resolve conflicts or ambiguities in the medical record.

5. All hearings and other deadlines are **STRICKEN**.

6. The Clerk's office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of July 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge